IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

NATALIE STAFFORD, as conservator
of RICHARD STAFFORD                                                               PLAINTIFF

V.                                                                         CAUSE NO.: 1:11CV13-SA-DAS

CITY OF WEST POINT, MISSISSIPPI, et al.                              DEFENDANTS

ORDER OF DISMISSAL

Defendant MEC, Inc., and Plaintiff filed a Joint Motion of Dismissal contending that a settlement was reached by the parties and that dismissal with prejudice of those claims was proper. The Court additionally received an Agreed Order of Dismissal from Defendant City of West Point, Mississippi, and Plaintiff concurring that this case should be dismissed with prejudice.

Accordingly, it is therefore ORDERED and ADJUDGED that Plaintiff's claims against all Defendants are dismissed with prejudice, with each party to bear their own costs and attorney's fees.

SO ORDERED, this the 26th day of September, 2013.

                                                                        **/s/ Sharion Aycock**
                                                                        **U.S. DISTRICT JUDGE**